Peter T. Shapiro, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
973.577.6260
973.577.6261 (fax)
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant Rook Coffee Roasters Holdings, LLC*

| | |
|---|---|
| VERONICA GASPA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROOK COFFEE ROASTERS HOLDINGS, LLC,<br><br>Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 3:24-cv-11115-RK-JBD<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

| HOROWITZ LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/Uri Horowitz<br>Uri Horowitz, Esq.<br>14441 70th Road<br>Flushing, New York 11367<br>(718) 705-8706<br>Uri@Horowitzlawpllc.com<br>*Attorneys for Plaintiff* | By: /s/ Peter T. Shapiro<br>Peter T. Shapiro, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(212) 232-1300<br>Peter.Shapiro@lewisbrisbois.com<br>*Attorneys for Defendant* |

Dated: May 29, 2025

SO ORDERED: _____
U.S.D.J

157955609.1